MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Facsimile: (408) 535-5066
Email:   Jim.Chou@usdoj.gov
         Shawna.Yen2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE STATUS HEARINGS ON SENTENCING AND [PROPOSED] ORDER |
| JOHNNIE TANGHA, | ) | |
| Defendant. | ) | |

This Court had previously set a status hearing on sentencing for defendant Johnnie Tangha for October 20, 2010 at 10:00 a.m.

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant United States Attorneys James T. Chou and Shawna Yen, and counsel for the Defendant Johnnie Tangha, Mark Rosenbush, Esq., that all relevant information needed for a sentencing hearing will not be available until after October 2010.  Therefore, the parties stipulate that the status hearing

///

1  on sentencing for this defendant be continued from October 20, 2010 at 10:00 a.m. to January 12,
2  2011 at 10:00 a.m.
3                                              Respectfully submitted,
4  Dated: September 30, 2010.                  MELINDA HAAG
                                               UNITED STATES ATTORNEY
5
                                                         /S/
6  _____
                                               JAMES T. CHOU
7                                              SHAWNA YEN
                                               Assistant U.S. Attorneys
8
   Dated: September 30, 2010.
9                                                        /S/
10                                             _____
                                               MARK ROSENBUSH, ESQ.
                                               Attorney for Johnnie Tangha

```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JAMES T. CHOU (CABN 142123)
    SHAWNA YEN (CABN 224447)
 5  Assistant United States Attorneys

 6      150 Almaden Blvd., Suite 900
        San Jose, California 95113
 7      Telephone: (408) 535-5054
        Facsimile: (408) 535-5066
 8      Email:   Jim.Chou@usdoj.gov
                 Shawna.Yen2@usdoj.gov
 9
    Attorneys for the United States
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARINGS ON SENTENCING |
| v. | ) | |
| JOHNNIE TANGHA, | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the status hearing on sentencing for defendant Johnnie Tangha is continued from October 20, 2010 to January ~~12~~ 13, 2011 at 10:00 a.m.

Dated this 5th day of ~~September~~ October, 2010.

_____
JEREMY FOGEL
United States District Judge

3