1  MARK ROSENBUSH
   Attorney at Law, CSB 72436
2  214 Duboce Avenue
   San Francisco, CA 94103
3  Tel: (415) 861-3555
   Fax: (415) 255-8631
4
   Attorney for Defendant
5  Johnnie Tangha

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA,        )      No.  CR 01-20154 JF
10                Plaintiff,          )
                                     )
11                                    )      [Proposed] Stipulated Continuance
          vs.                        )      of Sentencing Hearing and Order
12                                    )
   JOHNNIE TANGHA, et. al.,          )
13                                    )
               Defendants.           )
14                                    )
                                     )
15  _____)

16

17        This matter has been set for sentencing on April 21, 2011.  Counsel for Mr. Tangha has

18  represented to the Government and to U.S. Probation that he will be unavailable on that date.

19  Mr. Rosenbush represents Moris Flores (U.S. v. Cerna et. al., CR 08-730 WHA) on a 60 count

20  racketeering case (the "MS-13" case) which will begin trial on March 7, 2011.  That case will be

21  tried 5 days a week for 4-6 months.  Due to Mr. Rosenbush's responsibilities preparing and

22  trying that matter he will be unable to be prepared for sentencing by the currently set date.  Mr.

23  Rosenbush consulted with AUSA Shawna Yen, counsel for the Government, and with Benjamin

24  Flores of the U.S. Probation Department who has been assigned responsibility for the pre-

25  sentence report in this matter.  Both are in agreement that under the circumstances it is best to

26  convert Mr. Tangha's appearance before the Court on April 21, 2011 to a status conference

27  rather than a sentencing hearing.  Counsel for both parties, and U.S. Probation, will be in a

28  position to set a realistic sentencing date at that time.

*Stipulation and  Order*                    - 1 -

1    For the foregoing reasons it is stipulated by the parties, with the agreement of U.S.

2  Probation, that Mr. Tangha should appear before this Court on April 21, 2011, at the hour of 10

3  a.m., for a status conference regarding sentencing, and for setting of a sentencing hearing.

4  So stipulated:

5

6  Dated: January 26, 2011                      _____/s/_____
                                                 AUSA Shawna Yen
7                                                Attorney for the United States

8
   Dated: January 26, 2011                      _____/s/_____
9                                                Mark Rosenbush
                                                 Attorney for Johnnie Tangha
10

11

12                                  ORDER

13

14    Good cause appearing therefore upon stipulation of counsel for both parties, and with the

   agreement of the United States Probation Department;
15
      It is hereby ordered that the previously set sentencing date of April 21, 2011 in this
16
   matter shall be continued.  Mr. Tangha shall appear as scheduled at 10:00 a.m. on that date for
17
   the purpose of a status conference regarding sentencing, and for setting a new sentencing date.
18

19

20
   Dated: 2/9/11                               _____
21                                              Hon. Jeremy Fogel
                                                United States District Judge
22

23

24

25

26

27

28

*Stipulation and  Order*                      - 2 -