MARK ROSENBUSH
Attorney at Law
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 8613-555
Fax: (415) 255-8631

Attorneys for Defendant
JOHNNIE TANGHA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-20154 JF |
| Plaintiff, | ) ) | |
| vs. | ) ) | **STIPULATED EXPEDITED MOTION TO CONTINUE SENTENCING** |
| JOHNNIE TANGHA et al, | ) ) | **[N.D. Cal. Crim. Local Rule 47-3]** |
| Defendants. | ) ) | |
| _____ | ) | Court: Judge Fogel |

## <u>STIPULATED EXPEDITED MOTION TO CONTINUE</u>

Defendant JOHNNIE TANGHA hereby moves the Court on an expedited basis, pursuant to Local Rule 47-3, for an order continuing the currently scheduled June 30, 2011, sentencing date in this matter to September 15, 2011, at 9:00 a.m.  Mr. Tangha so moves on the basis of his counsel's unavailability for the currently scheduled motions sentencing date.

Though this motion is being made on an expedited basis pursuant to the procedure set forth for in the local rules for ex parte motions in accord with Local Rule 47-3(a), and pursuant to

*Tangha: Expedited Motion to Continue*

1   the stipulation of Shawna Yen, Assistant United States Attorney for the Northern District of

2   California.

3   Dated: June 10, 2011.                              Respectfully Submitted,

4
                                                       /s/ Mark Rosenbush
5
                                                       MARK ROSENBUSH
6                                                      Attorney for Defendant
7                                                      JOHNNIE TANGHA

8   **IT IS SO STIPULATED.**

9   Dated: June 10, 2011.                              /s/ Shawna Yen
10
                                                       SHAWNA YEN
11                                                     Assistant United States Attorney

12

13                    <u>**DECLARATION IN SUPPORT OF EXPEDITED MOTION**</u>

14          I, Mark Rosenbush, hereby state:

15          1.      I am an attorney duly licensed to practice before this Court.  I am the attorney of
16
    record for defendant Johnnie Tangha in the above captioned criminal case.
17
18          2.      I am currently in the fourth month of what is expected to be the six to seven

19   month trial of the case *United States v. Cerna et al*, CR09-0730 WHA (the "MS-13 case"), in

20   this district in San Francisco.  As a result of the massive scope of this trial, which is in session

21   every day, I will be unable to adequately prepare for Mr. Tangha's sentencing by the currently

22   scheduled date.
23
24          3.      I have discussed my unavailability, lack of opportunity to prepare, the proposed

25   continuance of the hearing date in this case with AUSA Shawna Yen, counsel for the

26   government.  Counsel for the government informed me that the U.S. Attorney stipulates to the

27   continuance of the sentencing date proposed herein and authorizes me include the government's

28

*Tangha: Expedited Motion to Continue*                                                    - 2 -

1  stipulation in this motion.

2      I declare, under penalty of perjury under the laws of the United States, that the foregoing

3  is true to the best of my knowledge and belief.  Executed this 10th day of June, 2011, in San

4  Francisco, California.                                    /s/ Mark Rosenbush

5

6                                                       MARK ROSENBUSH
                                                       Attorney for Defendant
7                                                       JOHNNIE TANGHA

8

9              **MEMORANDUM OF POINTS AND AUTHORITIES**

10      Criminal Local Rule 47-3 states:

11      An *ex parte* motion is a motion filed and submitted for immediate determination
        by the assigned Judge without giving an opposing party the amount of advance
12      notice which is otherwise required by statute, federal rule or local rule. Unless
        relieved by these local rules or by order of a Judge for good cause shown or unless
13      being filed under seal pursuant to a statute or federal or local rules, a party making
        an *ex parte* motion shall nevertheless give reasonable advance notice of the
14      motion to an opposing party.

15

16  Northern Dist. of Cal. Crim Local. Rules, Rule 47-3(a).  Motions to continue are not specifically

17  authorized under the local rules as motions for which relief may be sought on an expedited basis.

18  Leave of the Court is therefore required before a continuance motion can be submitted and

19  decided pursuant to Rule 47-3.  Given the unavailability of defense counsel in this matter, and

20  the fact that there is a stipulation to the requested order, Defendant hereby requests that the Court

21  decide this matter on an expedited basis.  This motion has been served on the government.

22

23      In deciding whether to grant a defendants' motion to continue, the Court must consider,

24  among other factors, (1) the extent of the defendants' diligence in readying the defense; (2) the

25  likelihood that the requested continuance would satisfy the defendants' needs; (3) the

26  inconvenience to the court, the opposing party, and witnesses; and (4) the extent to which the

27  defendant may be prejudiced by denial of the requested continuance.  See *United States v. Tham*,

28

*Tangha: Expedited Motion to Continue*                                    - 3 -

1  960 F.2d 1391 (9th Cir. 1992).

2       In this instance a continuance is required because defense counsel is unavailable as the

3

4  result of counsel's involvement in an ongoing racketeering and homicide trial before another

5  judge of this court, and counsel's resulting inability to prepare for Mr. Tangha's sentencing.

6  **CONCLUSION**

7       Pursuant to the above, Defendant Tangha moves the Court to vacate the currently

8  scheduled sentencing date and to continue the matter to September 16, 2011, at 9:00 a.m..

9  Dated: June 10, 2011.            Respectfully submitted,

10

11                    /s/ Mark Rosenbush

12                    MARK ROSENBUSH
                  Attorney for Defendant

13                    JOHNNIE TANGHA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             )
                                      )        No. CR 01-20154 JF
          Plaintiff,                  )
                                      )        **ORDER** [Proposed]
vs.                                   )        Continuing Sentencing
                                      )
JOHNNIE TANGHA et al,                 )
                                      )
          Defendants.                 )
_____)

          GOOD CAUSE HAVING BEEN FOUND upon the motion of Defendant Johnnie

Tangha, the declaration of counsel Mark Rosenbush, and the stipulation of counsel for the

government Shawna Young, as reflected in Mr. Rosenbush's declaration;

          IT IS HEREBY ORDERED that the sentencing hearing for Mr. Tangha currently
                                                          15
scheduled in this case on June 30, 2011, is hereby CONTINUED to **September 16, 2011**, at the

hour of **9:00 a.m**.


Dated: June __22__, 2011.

                                            _____

                                            HON. JEREMY FOGEL
                                            U..S. DISTRICT COURT